STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HINTON INDUSTRIAL CONTRACTORS, as assignee of Geopier Foundation Co.-West, <br><br> Plaintiff, <br><br> v. <br><br> THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, <br><br> Defendant. | Case No. 3:07-cv-5502 RBL <br><br> **STIPULATED MOTION FOR ADJUSTMENT OF PRETRIAL DATES AND ORDER** <br><br> **NOTE FOR CONSIDERATION: FRIDAY, JUNE 13, 2008** |

The parties, by and through their counsel of record, jointly move the Court for an order extending certain dates set forth in the Court's Order Setting Civil Case Schedule, dated January 7, 2008, and Order [#19] modifying certain deadlines.

| *Case Event* | *Current Deadline* | *Proposed Deadline* |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | 6/25/08 | 7/9/08 |
| Discovery Cutoff | 07/28/08 | 8/11/08 |

The remaining deadlines, including the trial date, will remain unchanged. The parties stipulated that

STIPULATED MOTION FOR ADJUSTMENT OF PRETRIAL
DATES AND ORDER
Page - 1

good cause exists for the requested extension of discovery deadlines due to various scheduling issues, including efforts to schedule a mediation. As a result, the parties seek a short continuance of the deadlines for expert disclosures and the close of discovery in the interests of efficiency and economy. Counsel for both parties have worked cooperatively in these scheduling matters and will continue to work cooperatively to complete discovery should the case not resolve.

Respectfully submitted this 13th day of June 2008.

| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | NICOLL BLACK & FEIG, PLLC |
|---|---|
| /s/ Timothy S. DeJong | /s/ Timothy S. DeJong for Curt H. Feig |
| Keith A. Ketterling, admitted *pro hac vice*<br>Timothy S. DeJong, WSB No. 20941<br>209 S.W. Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br>Email: kketterling@stollberne.com<br>    tdejong@stollberne.com | Curt H. Feig, WSBA No. 19890<br>Email: cfeig@nicollblack.com<br>816 Second Avenue, Suite 300<br>Seattle, WA 98104<br>**Attorneys for The Insurance Company of the State of Pennsylvania** |

-AND-

RAFEL LAW GROUP PLLC

Anthony L. Rafel, WSBA No. 13194
Email: arafel@ rafellawgroup.com
Robert A. Hyde, WSBA No. 33593
Email: rhyde@rafellawgroup.com
1100 SW Sixth Ave., Suite 1600
Portland OR 97204
Telephone: 503-808-9960
Facsimile: 503-243-2687

**Attorneys for Plaintiff**

STIPULATED MOTION FOR ADJUSTMENT OF PRETRIAL
DATES AND ORDER
Page - 2

## **ORDER**

PURSUANT TO THE ABOVE STIPULATED, THE COURT DOES HEREBY **ORDER** THAT certain dates, set forth in the Court's Scheduling Order Setting Civil Case Schedule, dated January 7, 2008 shall be continued and extended as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | 6/25/08 | 7/9/08 |
| Discovery Cutoff | 07/28/08 | 8/11/08 |

The remaining discovery deadlines and the new trial date shall remain the same.

Dated this 17th day of June, 2008.

*(signature)*

(Electronically Signature Affixed by Authorization)
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

 /s/ Timothy S. DeJong
Keith A. Ketterling, admitted *pro hac vice*
Timothy S. DeJong, WSB No. 20941
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Email: kketterling@stollberne.com
          tdejong@stollberne.com

           -AND-

STIPULATED MOTION FOR ADJUSTMENT OF PRETRIAL
DATES AND ORDER
Page - 3

RAFEL LAW GROUP PLLC

Anthony L. Rafel, WSBA No. 13194
Email: arafel@ rafellawgroup.com
Robert A. Hyde, WSBA No. 33593
Email: rhyde@rafellawgroup.com
1100 SW Sixth Ave., Suite 1600
Portland OR 97204
Telephone: 503-808-9960
Facsimile:  503-243-2687

**Attorneys for Plaintiff**

NICOLL BLACK & FEIG, PLLC


 /s/ Timothy S. DeJong for Curt H. Feig
Curt H. Feig, WSBA No. 19890
Email: cfeig@nicollblack.com
816 Second Avenue, Suite 300
Seattle, WA 98104

**Attorneys for The Insurance Company of the State of Pennsylvania**

STIPULATED MOTION FOR ADJUSTMENT OF PRETRIAL
DATES AND ORDER
Page - 4